**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AUSTIN SKAGGS,

Plaintiff,

v.

X.AI, LLC,

Defendant.

Case No. 26-cv-04550-BLF

**ORDER DENYING DEFENDANT'S MOTION TO CHANGE TIME**

[Re: ECF 13]

Defendant has filed a motion to change time pursuant to Civil Local Rule 6-3, asking to extend its deadline for response to the complaint from June 9, 2026 to "thirty days after the Court decides xAI's forthcoming motion to transfer venue." Def.'s Mot. to Change Time at 2, ECF 13. Plaintiff did not file opposition to the motion to change time, and the deadline to oppose has expired. *See* Civ. L.R. 6-3(b) (opposition due "no later than 4 days after receiving the motion").

While the Court routinely grants requests to extend time for response, typically by 30 days, the Court is unwilling to grant the requested indefinite extension keyed to a motion Defendant has not yet filed. Defendant's motion to change time is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: June 2, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California