Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Defendant X.AI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN SKAGGS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

X.AI, LLC

Defendant.

Case No.: 5:26-cv-04550-BLF

**DECLARATION OF BARRY MURPHY IN SUPPORT OF DEFENDANT X.AI LLC'S MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF TEXAS**

Date: July 30, 2026
Time: 9:00 a.m.
Ctrm: 1

Hon. Beth Labson Freeman

Complaint Filed: May 14, 2026

1. I, Barry Murphy, am the Legal Director of Safety, Content, and Law Enforcement at X.AI LLC ("xAI"). I submit this declaration in support of xAI's Motion to Transfer the Case to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a), in the case captioned, *Austin Skaggs v. X.AI, LLC*, No. 5:26-cv-04550-BLF (N.D. Cal.) (the "Motion").

2. I am over twenty-one years old, of sound mind, and fully competent and authorized in all respects to execute this Declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

3. My duties and responsibilities in my role as Legal Director of Safety, Content, and Law Enforcement at xAI include assisting in the collection of evidence about aspects of services across xAI's platforms, including Grok.com. In my role, I have become familiar with how the services have been delivered over time.

4. The statements in this Declaration are based on my personal knowledge, facts learned during my investigation of this matter, and my review of the Complaint in this matter, as well as the business records of xAI. The business records were made by, or from information transmitted by, a person with knowledge of the events. Such records are kept in the ordinary course of the regularly conducted activity of xAI, and making such records is a regular practice of those activities.

5. I received legal advice in connection with preparing this Declaration, but this Declaration is not intended to waive the attorney-client privilege or disclose any attorney work product. Rather, it is intended to address purely factual matters that are relevant to the Motion.

6. I am familiar with xAI's Terms of Service ("Terms") for its conversational generative AI product "Grok," which is available on the internet at Grok.com. I am also familiar with the

procedures by which users agree to the Terms, including updates to the Terms.

7. To use and interact with Grok, all users must agree to xAI's Terms.

8. To sign up for an account with Grok, all users must also agree to xAI's Terms.

9. Since Grok was launched in November 2023, xAI has revised the Terms several times. The current version of the Terms, effective since April 10, 2026 (the "Operative Terms"), is publicly available at https://x.ai/legal/terms-of-service. Several prior versions of the Terms are also publicly available at links found in the superseding Terms.

10. Based on my review of the Complaint, I understand that Plaintiff Austin Skaggs filed his Complaint on May 14, 2026.

11. I further understand that Plaintiff's Complaint alleges that he "accessed and entered queries into Grok.com" "[t]hroughout 2025 and 2026, including as recently as May 2026." Compl. ¶¶ 1,7.

12. Based on my investigation to date and my review of the Complaint, I understand that there is a Grok account associated with Plaintiff Austin Skaggs: "VoidSpawn."

13. The records of xAI, with which I am familiar, show that Plaintiff created a Grok account on September 14, 2025, and subsequently logged in and used his Grok account on that date.

14. A true and correct copy of the Operative Terms is attached hereto as **Exhibit A**. These Terms were in effect when Plaintiff "entered queries" into Grok.com in May 2026 (Compl. ¶ 7), and when he filed his complaint on May 14, 2026.

15. The Operative Terms contain the following mandatory choice of law and forum selection clauses:

> The laws of the State of Texas, excluding its choice of law provisions, will govern these Terms and any dispute that arises between you and us, notwithstanding any other agreement between you and us to the contrary. Notwithstanding any other agreement to the contrary, **all disputes related to these Terms, the Service, or any patents - including without limitation**

> **disputes related to or arising from any Content (whether your or others' Content), or your or others' use of the Service or the complete or partial termination thereof - shall be brought and must proceed exclusively in the federal U.S. District Court for the Northern District of Texas or state courts located in Wichita County or Tarrant County, Texas, United States, and you consent to personal jurisdiction in those forums** and waive any objection as to inconvenient forum.

Ex. A at 4 (emphasis added).

16. The Operative Terms further provide, and all prior versions provided, that "[b]y using our Service, you acknowledge and agree to these Terms." Ex. A at 1.

17. The Operative Terms further provide, and all prior versions provided, that: "These Terms of Service ('Terms') apply to your use of Grok, Grokipedia, and xAI's other services for individuals, including associated applications and websites (collectively, the 'Service'). These Terms form an agreement between you and X.AI LLC, a Nevada company." Ex. A at 1.

18. The Operative Terms further provide, and all prior versions provided, that xAI "reserve[s] the right to modify these Terms" and expressly state that:

> "**Your continued use of the Service after any change to these Terms constitutes your acceptance of the new Terms of Service.** If you do not agree to any part of these Terms or to any future Terms of Service, do not access or use (or continue to access or use) the Service."

Ex. A at 4 (emphasis added).

19. A true and correct copy of the Terms that were in effect on September 14, 2025, when Plaintiff signed up for his Grok account, is attached hereto as **Exhibit B** (the "September 2025 Terms").

20. The September 2025 Terms, like the Operative Terms, contained the following mandatory choice of law and forum selection clauses:

> This agreement and **all claims or disputes between You and xAI shall** be governed by the laws of Texas without regard to conflict of law principles, and shall **be brought exclusively in the state and federal courts in Tarrant**

> **County, Texas, and the parties hereby irrevocably consent to the exclusive jurisdiction and venue of such courts.**

Ex. B at 4 (emphasis added).

21. The September 2025 Terms, like the Operative Terms, further provided that "[b]y using our Services, you acknowledge and agree to these Terms." Ex. B at 1.

22. The September 2025 Terms, like the Operative Terms, further provided that: "These Terms of Service (''Terms") apply to your use of Grok and xAI's other services for individuals, including associated applications and websites (collectively, the "Service"). These Terms form an agreement between you and X.AI LLC, a Nevada company." Ex B at 1.

23. The September 2025 Terms, like the Operative Terms, further provided that xAI "reserve[s] the right to modify these Terms" and expressly state that:

> "**Your continued use of the Service after any change to these Terms constitutes your acceptance of the new Terms of Service.** If you do not agree to any part of these Terms or to any future Terms of Service, do not access or use (or continue to access or use) the Service."

Ex. A at 4 (emphasis added).

24. At all relevant times, creating an account with Grok required users, including Plaintiff, to agree to the Terms.

25. When a user clicks "Sign Up," on Grok.com, xAI's Terms are, and at all relevant times were, prominently displayed and linked via bold white hyperlinks, notifying users that "[b]y continuing, you agree to xAI's Terms of Service and Privacy Policy."

26. Screenshots of the above-referenced sign up page, shown to all Grok.com users, whether using a desktop computer or mobile device, respectively, are shown below:


You are signing into Grok
Create your account
Sign up with X
Sign up with email
Sign up with Apple
Sign up with Google
Already have an account? Sign in
By continuing, you agree to xAI's Terms of Service and Privacy Policy.




27. Separately, Grok users also agree to the Terms when entering queries into Grok.com.

28. At all relevant times, users not logged in to Grok accounts are also required to acknowledge that "[b]y messaging Grok, you agree to our Terms and Privacy Policy." As with the sign-up page shown above, xAI's Terms and Privacy Policy are prominently linked via bold white hyperlinks against a black backdrop on Grok.com, under the chat box that allows users to

enter queries, as reflected in the below screenshot:[1]




I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2026 in Austin, Texas.

Barry Murphy

[1] This screenshot reflects the web version of Grok.com as it was available throughout May 2026, when Plaintiff "entered queries" into Grok.com and filed his Complaint.