**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AUSTIN SKAGGS,

          Plaintiff,

    v.

X.AI, LLC,

          Defendant.

Case No.  26-cv-04550-BLF

**ORDER STRIKING DEFENDANT'S MOTION FOR FAILURE TO COMPLY WITH STANDING ORDER; AND SETTING DEADLINE FOR CORRECTED MOTION**

[Re:  ECF 17]

Defendant has filed a motion that fails to comply with this Court's Standing Order Re Civil Cases, which limits the briefing on motions for transfer to 10 pages for the motion, 10 pages for the opposition, and 5 pages for the reply.  *See* Standing Order § IV.A.4.

Defendant's motion is STRICKEN.  Defendant SHALL file a corrected motion, conforming to this district's Civil Local Rules and this Court's Standing Order Re Civil Cases, by June 18, 2026.

**IT IS SO ORDERED.**

Dated:  June 12, 2026

_____
BETH LABSON FREEMAN
United States District Judge