UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN SKAGGS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>X.AI, LLC<br><br>    Defendant. | Case No.: 5:26-cv-04550-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT X.AI LLC'S MOTION TO TRANSFER THE CASE TO THE NORTHERN DISTRICT OF TEXAS**<br><br>Hon. Beth Labson Freeman<br><br>Complaint Filed: May 14, 2026 |

Having considered the parties' briefing on Defendant X.AI LLC's ("xAI") Motion to Transfer the Case to the Northern District of Texas (the "Transfer Motion"), the Court hereby GRANTS the Transfer Motion and transfers this case to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED.

Dated: _____   _____

               Hon. Beth Labson Freeman
               United States District Judge

[PROPOSED] ORDER