# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

AUSTIN SKAGGS,

        Plaintiff,

  v.

X.AI, LLC,

        Defendant.

Case No.  26-cv-04550-BLF

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO CHANGE TIME; AND EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT TO AUGUST 10, 2026**

[Re:  ECF 18]

Defendant has filed a motion to change time under Civil Local Rule 6-3, seeking an extension of its deadline to answer or otherwise respond to the complaint from July 9, 2026 until 30 days after the Court rules on Defendant's pending motion to transfer, which is set for hearing on July 30, 2026.  *See* Def.'s Mot. to Change Time, ECF 18.  Plaintiff opposes the requested extension.  *See* Pl.'s Opp., ECF 19.

Defendant's motion to change time is GRANTED IN PART.  Defendant's deadline to answer or otherwise respond to the complaint is extended from July 9, 2026 until 10 days after the hearing on the motion to transfer, that is, until August 10, 2026.

**IT IS SO ORDERED.**

Dated:  June 25, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California