**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AUSTIN SKAGGS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

X.AI, LLC,

Defendant.

Case No. 5:26-cv-04550-BLF

**PLAINTIFF'S STATEMENT OF RECENT DECISIONS**

Date: July 30, 2026
Time: 9:00 a.m.
Ctrm: 1
Judge: Hon. Beth Labson Freeman

Pursuant to Local Rule 7-3(d)(2), Plaintiff Austin Skaggs respectfully submits this Statement of Recent Decision regarding the pending Motion to Transfer (ECF Nos. 21, 22, 24). Plaintiff brings to the Court's attention a recent decision by the Honorable Haywood S. Gilliam, Jr. in *Wood v. MyPillow, Inc.*, Case No. 4:26-cv-00110, ECF No. 28 (N.D. Cal. June 18, 2026). A copy of the *Wood* decision is attached hereto as **Exhibit 1**. Plaintiff also brings to the Court's attention a recent decision by the Honorable Richard Seeborg in *Lanzarin v. The Topps Co.*, Case No. 3:26-cv-00063, ECF No. 39 (N.D. Cal. June 29, 2026). The *Lanzarin* decision is attached hereto as **Exhibit 2**. The *Wood* and *Lanzarin* decisions are relevant to the Parties' respective arguments regarding whether Defendant has met its burden to show Plaintiff was on notice of and/or assented to the Terms of Use.

Dated: July 7, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*