United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AUSTIN SKAGGS,
Plaintiff,

v.

X.AI, LLC,
Defendant.

Case No. 26-cv-04550-BLF

**ORDER RE DEFENDANT'S MOTION TO DISMISS**

[Re: ECF 28]

Defendant has submitted a motion to dismiss that violates this Court's Standing Order Re Civil Cases, which provides in relevant part that "[f]ootnotes shall not be used to cite to legal authorities or evidence," and that "[i]n general, no more than 5 footnotes per brief should be necessary." Standing Order § IV.F. Defendant's motion contains 14 footnotes, most of which cite to legal authorities and/or evidence.

Defendant is granted until August 18, 2026 to file a corrected motion that complies with this Court's Standing Order Re Civil Cases. If Defendant does not refile its motion, the Court will strike footnotes 6-14 in the existing motion brief.

**IT IS SO ORDERED.**

Dated: August 11, 2026

BETH LABSON FREEMAN
United States District Judge