**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (SBN 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (SBN 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

*Attorneys for Plaintiff*

**WILLENKEN LLP**
Kenneth M. Trujillo-Jamison (SBN 280212)
ktrujillo-jamison@willenken.com
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

*Attorneys for Defendant x.AI LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AUSTIN SKAGGS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

X.AI, LLC,

Defendant.

Case No. 5:26-cv-04550-BLF

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO DISMISS; DECLARATION IN SUPPORT**

Hon. Beth Labson Freeman

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Austin Skaggs and Defendant x.AI, LLC, by and through their attorneys of record, stipulate and agree as follows:

WHEREAS, on May 14, 2026, Plaintiff filed the Complaint in this action (ECF No. 1);

WHEREAS, on June 4, 2026, the Court entered a briefing schedule whereby Defendant would answer or otherwise respond to the Complaint by July 9, 2026, Plaintiff would file his opposition by August 10, 2026, and Defendant would file its reply by August 31, 2026 (ECF No. 16);

WHEREAS, on June 25, 2026, the Court extended Defendant's deadline to answer or otherwise respond to the Complaint until August 10, 2026 (ECF No. 23);

WHEREAS, on August 10, 2026, Defendant filed a Motion to Dismiss the Complaint (ECF No. 28);

WHEREAS, on August 12, 2026, Defendant filed a corrected Motion to Dismiss, with a hearing date of January 21, 2027 (ECF No. 30);

WHEREAS, Plaintiff's current deadline to oppose the Motion to Dismiss is August 24, 2026, and to amend is August 31, 2026;

WHEREAS, due to pre-existing travel between August 22, 2026 and September 1, 2026, Plaintiff's counsel requires additional time to either prepare the opposition brief or amend;

WHEREAS, an extension of the briefing schedule was previously granted by the Court (ECF No. 16) and will not affect any other deadline;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, subject to the Court's approval, as follows:

1. Plaintiff shall file his Opposition to Defendant's Motion to Dismiss or Amended Complaint by **September 9, 2026**.

2. If Plaintiff files an Opposition to Defendants' Motion to Dismiss, Defendant shall file its Reply by **September 30, 2026**.

3. The Initial Case Management conference shall remain on October 8, 2026 at 2:00 p.m.

4. The hearing on Defendant's Motion to Dismiss shall remain on January 21, 2027 at 9:00 a.m.

Dated: August 20, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts (SBN 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (SBN 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

*Attorneys for Plaintiff*

**WILLENKEN LLP**

By: */s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison

Kenneth M. Trujillo-Jamison (SBN 280212)
ktrujillo-jamison@willenken.com
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

*Attorneys for Defendant x.AI LLC*

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Max S. Roberts, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concurred in the filing of this document.

By: */s/ Max S. Roberts*
Max S. Roberts

**~~[PROPOSED]~~ ORDER**

THIS COURT, having considered the Parties' Joint Stipulation Extending the Briefing Schedule on Defendant's Motion to Dismiss, hereby GRANTS the Parties' stipulation.

1. Plaintiff shall file his Opposition to Defendant's Motion to Dismiss or Amended Complaint by **September 9, 2026**.

2. If Plaintiff files an Opposition to Defendant's Motion to Dismiss, Defendant shall file its Reply by **September 30, 2026**.

3. The Initial Case Management conference shall remain on October 8, 2026 at 2:00 p.m.

4. The hearing on Defendant's Motion to Dismiss shall remain on January 21, 2027 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: August 20, 2026

HON. BETH LABSON FREEMAN
United States District Judge

**DECLARATION OF MAX S. ROBERTS IN SUPPORT**

I, MAX S. ROBERTS, declare as follows:

1. I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiff in this action. I am a member of the bar of the State of California and am admitted to practice in this District. The matters stated in this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. I submit this declaration pursuant to Civil L.R. 6-2(a) in support of the Parties' Stipulation to Extend the Briefing Schedule on Defendants' Motion to Dismiss.

3. On August 12, 2026, Defendant filed its corrected Motion to Dismiss (ECF No. 30). Plaintiff's current deadline to oppose the Motion to Dismiss is August 24, 2026, and to amend is August 31, 2026.

4. I have pre-existing travel plans between August 22, 2026 and September 1, 2026 that will make preparing either an opposition brief or an amended complaint difficult under the current schedule. Accordingly, Plaintiff has requested, and Defendant has agreed to, an extension of the briefing schedule in line with the Court's June 4, 2026 Order (ECF No. 16).

5. There have been the following scheduling modifications, by stipulation or Court Order, in this case: (a) the Parties stipulated to an extend the time for Defendant to respond to Plaintiff's Complaint and a briefing schedule on the motion to dismiss, which the Court granted (ECF No. 15); (b) the Court extended Defendant's deadline to answer or otherwise respond to the Complaint until August 10, 2026 (ECF No. 23).

6. The time modification requested by this stipulation will not affect any other date on the case schedule. The Parties have not asked for an extension of the Initial Case Management Conference, and the hearing on Defendant's Motion is not until January 2027, which the Parties have also left in place.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 20, 2026 in New York, New York.

*<u>/s/ Max S. Roberts</u>*
Max S. Roberts