UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Austin Skaggs,

Plaintiff,

v.

X.AI, LLC,

Defendant.

Case No. 5:26-cv-04550-BLF

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) X.AI, LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Laura Vartain, Alyssa Kalisky, Devin Anderson, Cristina Squiers, Winn Allen; Kirkland & Ellis LLP

Name(s) of counsel withdrawing from representation and firm name: Kenneth M. Trujillo-Jamison; Willenken LLP

Date: 9/22/2026

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: ____________________

____________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California